SIMON KIM  
A/k/a Simon Dae Kim  
A/k/a Sak Dae Kim  
34 Benson Drive  
Wayne, NJ 07470  

Defendant Pro Se  

UNITED STATES DISTRICT COURT  
DISTRICT OF NEW JERSEY  
-----------------------------------------------------------X  
LOUIS VUITTON MALLETIER, S.A. and  
CHSRISTIAN DIOR COUTURE, S.A.,      Civil Action No.:2:09-cv-05392-WJM-CCC  

                             Plaintiffs,      **VERIFIED ANSWER**  

        -against-  

POP EYEWEAR, INC. and SIMON KIM,  

                             Defendants.  
-----------------------------------------------------------X  

    The Defendants, POP EYEWEAR, INC. and SIMON KIM, pro se, answer the Verified Complaint upon information and belief as follows:

**PARTIES**

**FIRST:**  Deny paragraphs designated as "1" and "2" of the complaint herein.

**SECOND:**  Admit each and every allegation set forth in paragraph "3" and "4"of the complaint herein.

**JURISDICTION AND VENUE**

**THIRD:**  Upon information and belief, deny each and every allegation contained in paragraphs designated as "5", "6", "7", "8", "12", "13", "14", "15", "16", "17", "18", "19", "20", "21", "22", "23", "24", "25"and "26" of the complaint herein.

## DEFENDANT'S COUNTERFEITING AND INFRINGING ACTIVITIES

**FOURTH:** Deny paragraphs "27", "28", "29", 30" and "31" of the complaint herein.

## FIRST CLAIM FOR RELIEF
### Trademark Counterfeiting In Violation of 15 U.S. C. §1114-1117

**FIFTH:** Deny paragraphs "32", "33", "34", "35", "36", "37", "38", "39" and "41" of the complaint herein.

## SECOND CLAIM FOR RELIEF
### Trademark Infringement In Violation Of 15 U.S.C. §1114(1)

**SIXTH:** Deny paragraphs "42", "43", "44", "45", "46" and "47" of the complaint herein.

## THIRD CLAIM FOR RELIEF
### False Designation of Origin And Unfair Competition In Violation of 15 U.S.C. §1125(a).

**SEVENTH:** Deny paragraphs "48", "49", "50"and "51" of the complaint herein.

## FOURTH CLAIM FOR RELIF
### Common-Law Unfair Competition

**EIGHTH:** Deny paragraphs "52", "53", "54"and "55" of the complaint herein.

## FIFTH CLAIM FOR RELIEF
### Trafficking In Counterfeit Marks Under N.J.S.A. §56:3-13.16

**NINTH:** Deny paragraphs "56", "57", "58"and "59" of the complaint herein.

## SIXTH CLAIM FOR RELIEF
### Unfair Competition Under N.J.S.A §56:4-1

**TENTH:** Deny paragraphs "60", "61", "62", "63", "64"and "65" of the complaint herein.

## PLAINTIFFS' PRAYER FOR RELIEF

Defendants deny and oppose every allegation, prayer and requests as set forth in the Prayer For Relief (paragraphs 1 through 7) and request the Court to dismiss the complaint.

**WHEREFORE**, Defendants pray for a Judgment as follows: Dismiss the complaint of the plaintiffs herein together with the costs and disbursement of this action.

Dated: New York, New York
      November 30, 2009

                                      Yours, etc.,
                                      SIMON KIM, Pro Se

                                      BY: SIMON KIM
                                      Defendant Pro Se
                                      A/k/a Simon Dae Kim
                                      A/k/a Sak Dae Kim
                                      34 Benson Drive
                                      Wayne, NJ 07470

TO:

      LERNER, DAVID, LITTENBERG
      KRUMHOLTZ & MENTLIK, LLP
      600 South Avenue West
      Westfield, NJ 07090-1497
      908 654 5000

## VERIFICATION

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

SIMON KIM, being duly sworn, deposes and says:

I am the Defendant in the within action; I have read the foregoing Verified Answer and know the contents thereof; the same is true to my knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it

_____
SIMON KIM, Defendant Pro Se

Sworn to before me this
30th day of November, 2009

_____
Notary Public

KELLY M. ALMONTE
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01AL6154726
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES _____

## CERTIFICATION

The undersigned hereby certifies, pursuant to Local Civil Rule 11.2, that with respect to the matter in controversy herein, defendants pro se are not aware of any other action pending in any court, or of any pending arbitration or administrative proceeding, to which this matter is subject.

By: _____
SIMON KIM
**Defendant Pro Se**

Sworn to before me this
30th day of November, 2009

_____
Notary Public

KELLY M. ALMONTE
NOTARY PUBLIC STATE OF NEW YORK
No. 8154726
QUALIFIED IN BRONX COUNTY
COMISSION EXPIRES

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK ss.:

Irina Shterenberg being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Kings County in the State of New York.

I served a true copy of the annexed

**VERIFIED ANSWER**

on November 30, 2009

by regular mail request the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>Martin Luther King Blvd<br>& U.S. Courthouse<br>50 Walnut Street, Room 4015<br>Newark, NJ 07101 | LERNER, DAVID, LITTENBERG<br>KRUMHOLTZ & MENTLI, LLP<br>600 South Avenue West<br>Westfield, NJ 07090-1497<br>908-654-5000 |

Irina Shterenberg

Sworn to before me on 30th day of November, 2009

_____
Notary Public

KELLY M. ALMONTE
NOTARY PUBLIC STATE OF NEW YORK
No. 01AL6154726
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES _____

Civil Case No.: 2:09-cv-05392-WJM-CCC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LOUIS VUITTON MALLETIER, S.A. and
CHRISTIAN DIOR COUTURE, S.A.,

        Plaintiffs,

-against-

POP EYEWEAR, INC. and SIMON KIM,

        Defendants.

## VERIFIED ANSWER

SIMON KIM
Defendant Pro Se
34 Benson Drive
Wayne, NJ 07470

Simon Kim
34 Benson Drive
Wayne NJ 07470

RECEIVED
DEC 3 - 2009

CERTIFIED MAIL
7008 2810 0000 7856 2137